OPINION — AG — UNDER THE PROVISIONS OF 70 O.S. 1976 Supp., 1210.276 [70-1210.276], THE REGIONAL EDUCATION SERVICE CENTER HAS THE FINAL AUTHORITY TO DECIDE WHETHER A CHILD TAKES ADDITIONAL TESTING OR EVALUATION. THE DUTY AND RESPONSIBILITY TO PROVIDE THE STUDENT SCREENING AND EVALUATION LIES WITH THE REGIONAL EDUCATION SERVICE CENTER. CITE: 70 O.S. 1976 Supp., 1210.272 [70-1210.272], 70 O.S. 1976 Supp., 1210.275 [70-1210.275] [70-1210.275], 70 O.S. 1976 Supp., 1210.273 [70-1210.273] [70-1210.273](1), 70 O.S. 1976 Supp., 1210.278 [70-1210.278] [70-1210.278] (R. THOMAS LAY)